UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

Robert & Lonna Sue Copp,                          Case No.6:11-bk-04594-KSJ

       Debtors.
_____/

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

     Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty (20) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 135 W. Central Blvd., Ste 950, Orlando, FL 32801and serve a copy on the movant's attorney, Sheryl S. Zust, P.A., 4649 Clyde Morris Blvd., Ste. 610, Port Orange, FL 32129, and any other persons.

     If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, any may grant the relief requested.

### MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

     The motion of Robert & Lonna Sue Copp  respectfully represents:

1.     On March 31, 2011, the debtor filed an original petition under chapter 13 of the Bankruptcy code.

2.     The Debtor's Chapter 13 Plan was confirmed by order of the court dated September 27, 2011.

3.     Pursuant thereto, the Debtor was to remit the sum of $1500.00 per month for 60 months to the Chapter 13 Trustee.

4.     CitiMortgage filed Claim No. 12 after the Chapter 13 Plan was confirmed showing an arrearage amount of $3,359.40. This amount differs from the arrearage amount of $3,000.00 filed on Claim No. 11 prior to the plan being confirmed.

5.     Therefore, the Chapter 13 Plan has to be modified to include the correct  arrearage amount.

6.     The Debtor's payment will remain the same. An amended spreadsheet is attached.

7.     The dividend to unsecured nonpriority claims will be reduce by $359.40.

8.     All other terms and conditions contained in the Confirmed Plan shall remain in full force
and effect.

       WHEREFORE, debtor prays that the court allow this modification and that he have such
other and further relief as is just.

Dated: _____3/13/12_____

SHERYL S. ZUST, P.A.
Florida Bar No.: 0934259
4649 Clyde Morris Blvd., Ste. 610
Port Orange, FL 32129
Szust4@cs.com
(386) 258-3900

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that a copy hereof has been furnished to all interested parties as
listed on the attached mailing matrix obtained from the Clerk's Office within the proceeding ten
(10) days, by U.S. Mail on _____2/13_____, 2012.

Sheryl S. Zust, P.A.

60 Month Plan

Name:          COPP

Case No.:

| Date | No. | Plan Payment | Trustee | Atty | Claim Citimortgage Secured | Claim Arrears | Claim World Lease | Valley Secured | world arrs | U/S Creditors |
|------|-----|------|------|------|------|------|------|------|------|------|
| 05/14/11 | 1 | $1,500.00 | $150.00 | $100.00 | $873.07 | $4.57 | $259.17 | $113.19 | | 0.00 |
| 06/14/11 | 2 | $1,500.00 | $150.00 | $100.00 | $873.07 | $4.57 | $259.17 | $113.19 | | 0.00 |
| 07/14/11 | 3 | $1,500.00 | $150.00 | $100.00 | $873.07 | $4.57 | $259.17 | $113.19 | | 0.00 |
| 08/14/11 | 4 | $1,500.00 | $150.00 | $100.00 | $873.07 | $4.57 | $259.17 | $113.19 | | 0.00 |
| 09/14/11 | 5 | $1,500.00 | $150.00 | $100.00 | $873.07 | $4.57 | $259.17 | $113.19 | | 0.00 |
| 10/14/11 | 6 | $1,500.00 | $150.00 | $100.00 | $873.07 | $4.57 | $259.17 | $113.19 | | 0.00 |
| 11/14/11 | 7 | $1,500.00 | $150.00 | $100.00 | $873.07 | $4.57 | $259.17 | $113.19 | | 0.00 |
| 12/14/11 | 8 | $1,500.00 | $150.00 | $100.00 | $873.07 | $4.57 | $259.17 | $113.19 | | 0.00 |
| 01/14/12 | 9 | $1,500.00 | $150.00 | $100.00 | $873.07 | $4.57 | $259.17 | $113.19 | | 0.00 |
| 02/14/12 | 10 | $1,500.00 | $150.00 | $100.00 | $873.07 | $4.57 | $259.17 | $113.19 | | 0.00 |
| 03/14/12 | 11 | $1,500.00 | $150.00 | $100.00 | $873.07 | $4.57 | $259.17 | $113.19 | | 0.00 |
| 04/14/12 | 12 | $1,500.00 | $150.00 | $62.50 | $873.07 | $42.07 | $259.17 | $113.19 | | 0.00 |
| 05/14/12 | 13 | $1,500.00 | $150.00 | $62.50 | $873.07 | $42.07 | $259.17 | $113.19 | | 0.00 |
| 06/14/12 | 14 | $1,500.00 | $150.00 | $100.00 | $873.07 | $4.57 | $259.17 | $113.19 | | 0.00 |
| 07/14/12 | 15 | $1,500.00 | $150.00 | $100.00 | $873.07 | $4.57 | $259.17 | $113.19 | | 0.00 |
| 08/14/12 | 16 | $1,500.00 | $150.00 | $100.00 | $873.07 | $4.57 | $259.17 | $113.19 | | 0.00 |
| 09/14/12 | 17 | $1,500.00 | $150.00 | $100.00 | $873.07 | $4.57 | $259.17 | $113.19 | | 0.00 |
| 10/14/12 | 18 | $1,500.00 | $150.00 | $100.00 | $873.07 | $4.57 | $259.17 | $113.19 | | 0.00 |
| 11/14/12 | 19 | $1,500.00 | $150.00 | $100.00 | $873.07 | $4.57 | $259.17 | $113.19 | | 0.00 |
| 12/14/12 | 20 | $1,500.00 | $150.00 | $100.00 | $873.07 | $4.57 | $259.17 | $113.19 | | 0.00 |
| 01/14/13 | 21 | $1,500.00 | $150.00 | $100.00 | $873.07 | $4.57 | $259.17 | $113.19 | | 0.00 |
| 02/14/13 | 22 | $1,500.00 | $150.00 | | $873.07 | $4.57 | $259.17 | $113.19 | $100.00 | 0.00 |
| 03/14/13 | 23 | $1,500.00 | $150.00 | | $873.07 | $4.57 | $259.17 | $113.19 | $100.00 | 0.00 |
| 04/14/13 | 24 | $1,500.00 | $150.00 | $25.00 | $873.07 | $4.57 | $259.17 | $113.19 | $74.73 | 0.27 |
| 05/14/13 | 25 | $1,500.00 | $150.00 | $100.00 | $873.07 | $4.57 | $259.17 | $113.19 | | 0.00 |
| 06/14/13 | 26 | $1,500.00 | $150.00 | $359.00 | $873.07 | $4.57 | | $113.19 | | 0.17 |
| 07/14/13 | 27 | $1,500.00 | $150.00 | $200.00 | $873.07 | $4.57 | | $259.52 | | 12.84 |
| 08/14/13 | 28 | $1,500.00 | $150.00 | $41.00 | $873.07 | $10.93 | | $259.52 | | 165.48 |
| 09/14/13 | 29 | $1,500.00 | $150.00 | | $873.07 | $210.93 | | $259.52 | | 6.48 |
| 10/14/13 | 30 | $1,500.00 | $150.00 | | $873.07 | $210.93 | | $259.52 | | 6.48 |
| 11/14/13 | 31 | $1,500.00 | $150.00 | | $873.07 | $210.93 | | $259.52 | | 6.48 |
| 12/14/13 | 32 | $1,500.00 | $150.00 | | $873.07 | $210.93 | | $259.52 | | 6.48 |
| 01/14/14 | 33 | $1,500.00 | $150.00 | | $873.07 | $210.93 | | $259.52 | | 6.48 |
| 02/14/14 | 34 | $1,500.00 | $150.00 | | $873.07 | $210.93 | | $259.52 | | 6.48 |
| 03/14/14 | 35 | $1,500.00 | $150.00 | | $873.07 | $210.93 | | $259.52 | | 6.48 |
| 04/14/14 | 36 | $1,500.00 | $150.00 | $125.00 | $873.07 | $85.93 | | $259.52 | | 6.48 |
| 05/14/14 | 37 | $1,500.00 | $150.00 | | $873.07 | $210.93 | | $259.52 | | 6.48 |
| 06/14/14 | 38 | $1,500.00 | $150.00 | | $873.07 | $210.93 | | $259.52 | | 6.48 |
| 07/14/14 | 39 | $1,500.00 | $150.00 | | $873.07 | $210.93 | | $259.52 | | 6.48 |
| 08/14/14 | 40 | $1,500.00 | $150.00 | | $873.07 | $210.93 | | $259.52 | | 6.48 |
| 09/14/14 | 41 | $1,500.00 | $150.00 | | $873.07 | $210.93 | | $259.52 | | 6.48 |
| 10/14/14 | 42 | $1,500.00 | $150.00 | | $873.07 | $217.00 | | $259.52 | | 0.41 |
| 11/14/14 | 43 | $1,500.00 | $150.00 | | $873.07 | $217.00 | | $259.52 | | 0.41 |
| 12/14/14 | 44 | $1,500.00 | $150.00 | | $873.07 | $98.99 | | $259.52 | | 118.42 |
| 01/14/15 | 45 | $1,500.00 | $150.00 | | $873.07 | | | $259.52 | | 217.41 |

60 Month Plan

| Date | No. | | | | | | | | | | |
|------|----|-----------|---------|---------|----------|----------|----------|-----------|--------|---|---------|
| 02/14/15 | 46 | $1,500.00 | $150.00 | | $873.07 | | | $259.52 | | | 217.41 |
| 03/14/15 | 47 | $1,500.00 | $150.00 | | $873.07 | | | $259.52 | | | 217.41 |
| 04/14/15 | 48 | $1,500.00 | $150.00 | $125.00 | $873.07 | | | $259.52 | | | 92.41 |
| 05/14/15 | 49 | $1,500.00 | $150.00 | | $873.07 | | | $259.52 | | | 217.41 |
| 06/14/15 | 50 | $1,500.00 | $150.00 | | $873.07 | | | $259.52 | | | 217.41 |
| 07/14/15 | 51 | $1,500.00 | $150.00 | | $873.07 | | | $259.52 | | | 217.41 |
| 08/14/15 | 52 | $1,500.00 | $150.00 | | $873.07 | | | $259.52 | | | 217.41 |
| 09/14/15 | 53 | $1,500.00 | $150.00 | | $873.07 | | | $259.52 | | | 217.41 |
| 10/14/15 | 54 | $1,500.00 | $150.00 | | $873.07 | | | $259.52 | | | 217.41 |
| 11/14/15 | 55 | $1,500.00 | $150.00 | | $873.07 | | | $259.52 | | | 217.41 |
| 12/14/15 | 56 | $1,500.00 | $150.00 | | $873.07 | | | $259.52 | | | 217.41 |
| 01/14/16 | 57 | $1,500.00 | $150.00 | | $873.07 | | | $259.52 | | | 217.41 |
| 02/14/16 | 58 | $1,500.00 | $150.00 | | $873.07 | | | $259.52 | | | 217.41 |
| 03/14/16 | 59 | $1,500.00 | $150.00 | | $873.07 | | | $259.52 | | | 217.41 |
| 04/14/16 | 60 | $1,500.00 | $150.00 | | $873.07 | | | $259.49 | | | 217.44 |
| | | 90,000.00 | 9,000.00 | 3,000.00 | 52,384.20 | 3,359.40 | 6,479.25 | 11,766.59 | 274.73 | # | 3,735.83 |

Label Matrix for local noticing
113A-6
Case 6:11-bk-04594-KSJ
Middle District of Florida
Orlando
Mon Feb 13 14:55:43 EST 2012

Lonna Sue Copp
3115 Unity Tree Drive
Edgewater, FL 32141-6011

Robert Joslin Copp
3115 Unity Tree Drive
Edgewater, FL 32141-6011

Florida Dept of Labor and Security
Hartman Building, Suite 307
2012 Capital Circle, Southeast
Tallahassee, FL 32399-6583

Florida Dept of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Halifax Hospital Medical Center
c/o Shelly Shiflet
303 North Clyde Morris
Daytona Beach, FL 32114-2700

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Oak Harbor Capital II, LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave. Ste. 400
Seattle, WA 98121-3132

PRA  Receivables Management LLC
POB 41067
Norfolk, VA 23541-1067

VT Inc. As Trustee For World Omni LT
Tripp Scott, P.A.
c/o Matthew H. Scott, Esquire
110 SE 6th Street, 15th Flr
Fort Lauderdale, FL 33301-5004

Volusia County Finance Department
123 W Indiana Ave, Rm 103
DeLand, Fl 32720-4602

CitiMortgage, Inc.
P.O. Box 688971
Des Moines, IA 50368-8971

Ackerman c/o Merchants Assoc Cool D
134 S Tampa St
Tampa FL 33602-5354

Bert Fish Med c/o Bca Financial Services
18001 Old Cutler Rd Ste
Palmetto Bay FL 33157-6422

Bert Fish Medical Center
401 Palmetto St.
New Smyrna Beach FL 32168-7399

Calvary Portfolio Services
500 Summit Lake Drive
Valhalla NY 10595-2322

Chase
Po Box 15298
Wilmington DE 19850-5298

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

Citimortgage
PO Box 6006
The Lakes NV 88901-6006

Citimortgage Inc
Po Box 9438
Gaithersburg MD 20898-9438

County of Volusia Finance Department
123 Indiana Ave, Rm 103
DeLand FL 32720-4602

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Dell Financial Services L.L.C.
c/o Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

Emg Med Prof c/o Ar Resources Inc
1777 Sentry Pkwy W
Blue Bell PA 19422-2207

FH Memorial Orm c/o Pcs
602 Courtland Street 4th Floor  Suite 40
Orlando FL 32804-1360

FL Memorial Orm c/o Pcs
602 Courtland Street 4th Floor  Suite 40
Orlando FL 32804-1360

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Memorial Hospital
770 Granada Blvd. Suite 203
Ormond Beach FL 32174-5179

HSBC
PO Box 60102
City of Industry CA 91716-0102

(c)HSBC C/O CAVALRY PORTFOLIO SERV
7 SKYLINE DR STE 350
HAWTHORNE NY  10532-2162

Halifax Health c/o Nco Fin/33
Po Box 13584
Philadelphia PA 19101

Halifax Medical Center
303 N Clyde Morris Blvd
Daytona Beach FL 32114-2700

Hsbc Bank
Po Box 5253
Carol Stream IL 60197-5253

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Jax Postal & Prof Cr U
1820 Rogero Rd
Jacksonville FL 32211-4115

Lab Corp
c/o LCA Collections
PO Box 2240
Burlington NC 27216-2240

Phys. Assoc c/o Doctors Business Bur
202 N Federal Hwy
Lake Worth FL 33460-3438

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Southeast Vol c/o Central State Recovery
1314 N Main St
Hutchinson KS 67501-4002

Suncoast c/o Merchants Assoc Cool D
134 S Tampa St
Tampa FL 33602-5354

TARGET NATIONAL BANK
C O Weinstein And Riley, PS
2001 Western Avenue, Ste 400
Seattle, Wa 98121-3132

Target
PO Box 5330
Sioux Falls SD 57117-5330

Target Nb
Po Box 673
Minneapolis MN 55440-0673

US Bank Home Mortgage
4801 Frederica St.
Owensboro KY 42301-7441

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Us Dept Of Education
Po Box 5609
Greenville TX 75403-5609

VNB Loan Services Inc
PO Box 1015
Spring Valley NY 10977 0815

VT Inc. as Trustee of World Omni LT
Post Office Box 991817
Mobile, AL 36691-8817

Valley National Bank
PO Box 953
Wayne NJ 07474-0953

Vnb- Loan Services Inc
747 Chestnut Ridge Rd St
Chestnut Ridge NY 10977-6224

Volusia County Tax Collector
123 West Indiana Avenue
Room 103
Deland FL 32720-4615

Wells Fargo
PO Box 14487
Des Moines IA 50306-3487

Wells Fargo Bank NA
4137 121st Street
Urbandale IA 50323-2310

Wff Cards
3201 N 4th Ave
Sioux Falls SD 57104-0700

World Omni
Po Box 91614
Mobile AL 36691-1614

Zakheim & Associates
1045 South University Dr., Suite 202
Fort Lauderdale FL 33324-3333

Laurie K Weatherford +
Post Office Box 3450
Winter Park, FL 32790-3450

Sheryl S Zust +
Sheryl S Zust PA
4649 Clyde Morris Boulevard
Suite 610
Port Orange, FL 32129-3003

Charles D Hargrove +
Volusia County Attorney's Office
123 W Indiana Avenue
Room 301
DeLand, FL 32720-4615

Richard S. Ralston +
Weinstein & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121-3132

Shelly L Shiflet +
Halifax Health
303 N. Clyde Morris Blvd
Daytona Beach, FL 32114-2700

Matthew H Scott +
Tripp Scott, PA
110 SE 6th Str, 15th Flr
Fort Lauderdale, FL 33301-5004


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Dell
PO Box 6403
Carol Stream IL 60197

Portfolio Recovery Associates, LLC.
PO Box 41067
Norfolk, VA 23541

Us Bank
Po Box 790084
Saint Louis MO 63179


(d)Webbank/Dfs
1 Dell Way
Round Rock TX 78682


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).


HSBC c/o Cavalry Portfolio Serv
7 Skyline Dr Ste 3
Hawthorne NY 10532


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Karen S. Jennemann
Orlando

(d)Oak Harbor Capital II, LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132

End of Label Matrix
Mailable recipients    61
Bypassed recipients     2
Total                  63